IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DEWAYNE THOMPSON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:22-CV-488-WKW ) [WO] |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | |

## **ORDER**

On September 22, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice, with no costs taxed against Plaintiff.

Final judgment will be entered separately.

DONE this 14th day of October, 2022.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE