United States District Court Middle District

Robert D Thompson 278056
V. Plaintiff
Alabama Dept. of Corrections    CV-2:22-CV-00488-WKW
Defendant(s) et al                                    CWB

## Motion To Change Address / Leave To Amend

To The Clerk the Above Mention Has Change The Address From 150 Mts. Meigs Al To 3520 Marion Spillway, Elmore Al, 36025. The petitioner Also wants To Tell the Court he was Transferred To the New Prison Due To Him Suing The State For The Incident He was Forced To Move per D.O.C. From Kilby Corr. P.O. Box 150, Mt, Meigs Ala. To wit he Needs To know the Status of the Lawsuit Against A.D.O.C And The Commissioner Jeffery Dunn, Kilby corr.

## Certificate of Serve

The Above is True And Foregoing under the penalty of perjury Done this the 26th day of Mar. 2024

Robert Thompson
3520 Marion Spillway
Elmore Al 36025

Robert D. Thompson
Ais # 178056-CL-120A
3520 Marion Spillway
Elmore, Al 36025

Legal Mail
Elmore CF
Law Library

36104-401801

MONTGOMERY, AL 360
25 MAR 2024 PM
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 36025
02 7H
0006102248
$ 000.64⁰
MAR 25 2024

United States Dist Court
Middle District of Alabama
1 Church Street, Ste B-110
Montgomery, AL 36104-4018